# DECISIONS PER CURIAM FROM JUNE 15 TO DECEMBER 31, 1914.

No. 126. CARLO, PETITIONER, v. LÓPEZ ANTONGIORGI, SECRETARY OF THE DISTRICT COURT OF SAN JUAN, RESPONDENT.— Application for a writ of *certiorari* to the secretary of the District Court of San Juan, Section 2, in an action of unlawful detainer. Decided June 15, 1914. Appeal dismissed and writ denied for failure to allege in the application the date on which the petitioner was served with notice of the judgment in the unlawful detainer proceedings and the date the notice of appeal was filed in the office of the secretary, and also whether the amount due or a bond satisfactory to the court was deposited with the secretary. *Mr. Luis Freyre Barbosa* for the petitioner. The respondent did not appear.

No. 1166. ALONSO, PLAINTIFF AND RESPONDENT, v. OLLER ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of San Juan, Section 1, in an action of debt. Motion by respondent for dismissal of the appeal. Decided June 16, 1914. Appeal dismissed for failure to file a transcript of the record. *Mr. Damián Monserrat, Jr.*, for the respondent. The appellants did not appear.

No. 1167. ZUAZO, PETITIONER AND RESPONDENT, v. MOLINA ET AL., CONTESTANTS AND APPELLANTS.—Appeal from the District Court of Arecibo in dominion title proceedings. Motion by the respondent for dismissal of the appeal. Decided June 16, 1914. Appeal dismissed for failure to file a transcript of the record. *Mr. V. Polanco de Jesús* for the respondent. The appellants did not appear.